Dismissed and
Memorandum Opinion filed September 15, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00599-CV

____________

 

SYNERGY HEALTHCARE MANAGEMENT SERVICE, INC., A TEXAS CORPORATION
AND JACK L. MANUEL, Appellants

 

V.

 

LEROY L. STERLING, M.D., INDIVIDUALLY AND LEROY L. STERLING,
M.D., PA, A TEXAS PROFESSIONAL ASSOCIATION d/b/a HEART ASSOCIATES OF TEXAS,
Appellees

 



 

On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2008-01289

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed March 26, 2010.  No
clerk’s record or brief was filed.

            On July 14, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before, 2011, the court would dismiss
the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no response. 
Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Anderson and Christopher.